[No. 8,388.—Department Two.]
June 29, 1882.

## HENRY GOODCELL, SR., v. R. A. DAVIS ET AL.

DAMAGES FOR FRIVOLOUS APPEAL.

APPEAL by the defendant, the San Bernardino Gas Light Company, from the judgment of the Superior Court of the County of San Bernardino, and from an order denying a motion for a new trial. ROLFE, J.

Action of foreclosure of mechanic's lien.

The action was brought to foreclose a lien for material furnished by the plaintiff to the defendant Davis, as a contractor, in the construction of a building belonging to the defendant, the Gas Light Company. The defendant Davis made no defense. The Gas Light Company appeared and answered. Upon a trial being had, judgment went for the plaintiff.

*Boyer & Gibson*, for Appellant.

*Paris & Goodcell*, for Respondent.

The COURT:

The only issue presented by the answer of the defendant, the San Bernardino Gas Light Company, was as to the filing by plaintiff of his claim. The findings of the Court below are full as to the filing of the claim. There is no merit in the appeal; it was evidently taken for delay. The judgment is affirmed, with twenty-five per cent. damages.